320 F.2d 915
 NATIONAL INDEMNITY COMPANY, a corporation,
v.
Sallie T. MOUNT, Widow of john K. Mount, deceased.
 No. 7177.
 United States Court of Appeals, Tenth Circuit.
 April 8, 1963.
 
 Rucker, Tabor, Shepherd & Palmer, Tulsa, Okl., for appellant.
 Little & Hoyt, Oklahoma City, Okl., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed April 8, 1963, on motion of appellant.